# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Matthew Aaron Safrit,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:23-cv-166 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **Todd Ishee,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 24, 2023 Memorandum of Decision and Order.

April 24, 2023

Frank G. Johns, Clerk
United States District Court